IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jonah Zeiger, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 17cv9004 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| DePaul University, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

    The Court had ex parte communication with counsel for plaintiff and defendants on 6/14/18 related to settlement issues.

    The Court further advises the parties as follows: The Court will apply the 10% rule during the settlement process. The rule operates as follows: During each negotiation round, the parties must collectively reduce the difference between the demand and offer by at least 10%. For example, if the plaintiff's opening demand were $100,000, and defendant's opening offer is $10,000. The difference between the demand and the offer is $90,000. In the next round of negotiation, between the plaintiff's adjusted demand, and defendant's adjusted offer, the parties must collectively move at least $9,000 (10% x $90,000). Therefore, if plaintiff's demand in the next round of negotiation is $90,000, the 10% rule has been satisfied as the overall movement between the two parties has met or exceeded $9,000 (10% of the last round's difference).

Here is another example of the rule in operation:

| | |
|---|---|
| Plaintiff Original Demand: | $200,000 |
| Defendant's Original Offer: | $10,000 |
| 10% Rule Movement: | $19,000 ($190,000 x 10%) |

Next Round:
Plaintiff's Revised Demand:    $195,000
Defendant must move up at least $14,000 to satisfy the 10% rule ($19,000 less $5,000 (plaintiff's movement)).

    If the parties have collectively not moved the required 10%, the Court will give each side an opportunity to adjust their respective positions in order to satisfy the 10% requirement. If the 10% rule cannot be satisfied by the parties' collective movements, the Court will terminate the settlement conference.

Date: June 14, 2018

                                                          M. David Weisman
                                                           United States Magistrate Judge